# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

*In Re: Boston Scientific Corp.*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2326*
Civil Action No. 2:13-24772

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Katrina L. Bagwell

2. Plaintiff Husband (if applicable):

   Luke Bagwell

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   Colorado

5. District Court and Division in which venue would be proper absent direct filing

   USDC, Colorado District Court, Denver

6. Defendants (Check Defendants against whom Complaint is made):

   (X) A.  Boston Scientific Corporation

   ( ) B.  American Medical Systems, Inc. ("AMS")

   ( ) C.  Johnson & Johnson

   ( ) D.  Ethicon, Inc.

1

      ( ) E.       Ethicon, LLC

      ( ) F.       C. R. Bard, Inc. ("Bard")

      ( ) G.      Sofradim Production SAS ("Sofradim")

      ( ) H.      Tissue Science Laboratories Limited ("TSL")

      ( ) I.       Mentor Worldwide LLC

      ( ) J.       Coloplast Corp.

7. Basis of Jurisdiction

    (X)      Diversity of Citizenship

    ( )       Other: _____

    A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

       ¶¶4-6 _____

    B. Other allegations of jurisdiction and venue

    _____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    ( )       The Uphold Vaginal Support System;

    ( )       The Pinnacle Pelvic Floor Repair Kit;

    ( )       The Advantage Transvaginal Mid-Urethral Sling System;

    ( )       The Advantage Fit System;

    ( )       The Lynx Suprapubic Mid-Urethral Sling System;

    ( )       The Obtryx Transobturator Mid-Urethral Sling System;

    ( )       The Prefyx PPS System;

    (X)      The Solyx SIS System; and/or

    ( )       Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

   ( ) The Uphold Vaginal Support System;

   ( ) The Pinnacle Pelvic Floor Repair Kit;

   ( ) The Advantage Transvaginal Mid-Urethral Sling System;

   ( ) The Advantage Fit System;

   ( ) The Lynx Suprapubic Mid-Urethral Sling System;

   ( ) The Obtryx Transobturator Mid-Urethral Sling System;

   ( ) The Prefyx PPS System;

   (X) The Solyx SIS System; and/or

   ( ) Other

10. Date of Implantation as to Each Product

    November 18, 2009

11. Hospital(s) where Plaintiff was implanted (including City and State)

    Exempla Lutheran Health System (Wheatridge, Colorado)

12. Implanting Surgeon(s)

    Dr. Cheryl Cowles, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s)

    (X) Count I - Negligence

    (X) Count II – Strict Liability – Design Defect

    (X) Count III – Strict Liability – Manufacturing Defect

    (X) Count IV – Strict Liability – Failure to Warn

    (X) Count V – Breach of Express Warranty

    (X) Count VI – Breach of Implied Warranty

3

(X) Count VII – (By the Husband) – Loss of Consortium

(X) Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

(X) Count IX – Punitive Damages

( ) Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

( ) Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

Dated this 31st day of May, 2013.

               */s Douglass A. Kreis*
               Attorney for Plaintiff Katrina L. Bagwell and Luke Bagwell
               Douglass A. Kreis, Esq.
               Florida Bar Number: 0129704
               Bryan F. Aylstock, Esq.
               Florida Bar Number: 78263
               D. Renee Baggett, Esq.
               Florida Bar Number: 0038186
               AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
               17 E. Main Street, Suite 200
               Pensacola, Florida 32502
               Phone: (850) 202-1010
               Fax: (850) 916-7449
               Email: dkreis@awkolaw.com
                     baylstock@awkolaw.com
                     rbaggett@awkolaw.com

JS 44 (Rev. 09/11)
Case 2:13-cv-24772 Document 1-1 Filed 10/08/13 Page 1 of 1 PageID #: 6
Case 2:13-cv-24772 Document 38-11 Filed 05/02/19 Page 6 of 7 PageID #: 236

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KATRINA L. BAGWELL AND LUKE BAGWELL

## DEFENDANTS
BOSTON SCIENTIFIC CORPORATION

**(b)** County of Residence of First Listed Plaintiff: Park (CO)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Ste. 200, Pensacola, FL 32502
Phone: (850) 202-1010.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**TORTS — PERSONAL INJURY**
- ☒ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1332

Brief description of cause:
Personal Injury - Product Liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY *(See instructions):*
JUDGE: Joseph R. Goodwin
DOCKET NUMBER: MDL 2326

DATE: 10/08/2013
SIGNATURE OF ATTORNEY OF RECORD: /s Douglass A. Kreis

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

*In Re: Boston Scientific Corp.*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2326*

Civil Action No. __2:13-24772__

## NOTICE OF SERVICE UNDER DELAYED FILING AGREEMENT

Come now the Plaintiff(s) named below and show the Court, as directed by Pretrial Order #53 (Amended Order Regarding Delayed Filing and Application to the Statute of Limitations), that the Short Form Complaint was served on or forwarded to the following Defendant(s):

First Named Plaintiff: __KATRINA L. BAGWELL AND LUKE BAGWELL__

Defendants *(Select Defendan(s) upon whom the Short Form Complaint was served or forwarded)*:

| | DEFENDANT NAME | DATE | | DEFENDANT NAME | DATE |
|---|---|---|---|---|---|
| ☑ | A. Boston Scientific Corporation | 5/31/2013 | ☐ | F. C. R. Bard, Inc. ("Bard") | |
| ☐ | B. American Medical Systems, Inc. ("AMS") | | ☐ | G. Sofradim Production SAS ("Sofradim") | |
| ☐ | C. Johnson & Johnson | | ☐ | H. Tissue Science Laboratories Limited ("TSL") | |
| ☐ | D. Ethicon, Inc. | | ☐ | I. Mentor Worldwide LLC | |
| ☐ | E. Ethicon, LLC | | ☐ | J. Coloplast Corp. | |

Address and bar information:

Douglass A. Kreis
Attorneys for Plaintiff
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Florida Bar Number: 0129704