# EXHIBIT 9



# Marlex® Phillips Sumika Polypropylene Company

ISSUED: May 31, 2002                                     TYPE: HGX-030-01

| Characteristics | Method | Units | Target | Min. | Max. |
|---|---|---|---|---|---|
| Melt Flow | ASTM D1238 | g/10 min. | 3.8 | 3.3 | 4.3 |
| MF Blend Limit | ASTM D1238 | g/10 min. | ----- | 3.2 | 4.4 |
| Titanium | XRF | ppm | ----- | ----- | 5 |
| Color, L | Hunterlab | ----- | ----- | 72 | ----- |
| a | Hunterlab | ----- | ----- | -2.5 | ----- |
| b | Hunterlab | ----- | ----- | ----- | 2.0 |
| Pellet Count | P02.09.06 | Pellets/g | 45 | 30 | 60 |
| Xylene Solubles, Fluff | NMR | wt% | ----- | ----- | 4.0 |
| Speck Count | P02.09.07 | Per 250 ml | ----- | ----- | 30 |
| Fines | P02.09.07 | ----- | Passes Visual Standard | | |
| Odor | P02.09.07 | ----- | Not Disagreeable | | |
| Irganox 3114 | ----- | wt% | 0.08 | ----- | ----- |
| Irgafos 168 | XRF | wt% | 0.08 | 0.06 | 0.10 |
| DHT-4A | ----- | wt% | 0.02 | ----- | ----- |

REVISED:

| | |
|---|---|
| 05/31/02 | Changed Melt Flow range from 3.0 – 4.0 to 3.3 – 4.3. Changed Melt Flow blend limits range from 2.9 – 4.1 to 3.2 – 4.4. |
| 07/20/98 | Changed Color, b from 2 to 2.0. |
| 09/11/97 | Commercialized FB97A as HGX-030-01, replaced Pationic 1230 at 0.02 wt% with DHT-4A at 0.02 wt%. |
| 03/03/97 | Removed Test and Report for Irganox 3114. |
| 09/09/96 | Replaced Pationic 1240 at 0.04 wt% with Pationic 1230 at 0.03 wt%. Corrected test method for Xylene Solubles, Fluff to P02.09.09. |
| 08/28/95 | Replaced Calcium Stearate at 0.03 wt% with Pationic 1240 at 0.04 wt%. |
| 04/10/95 | Replaced Pationic 1240 at 0.04 wt% with Calcium Stearate at 0.03 wt%; changed control additive to Irgafos 168. |
| 08/22/94 | Replaced Ethanox 330 at 0.050 wt% with Irganox 3114 at 0.08±0.02 wt%. Irganox 3114 to be used as control additive. Increased Irgafos 168 from 0.025 to 0.08 wt%. Removed Ultranox 626. Replaced DHT-4A at 0.05 wt% with Pationic 1240 at 0.04 wt%. Decreased Color b Max from 3.2 to 2. Issued as PSPC product specification. |
| 03/28/94 | Corrected method for Ultranox 626 to XRF626168 |
| 02/22/94 | Listed XRF program number for Ultranox 626 and Irgafos 168 together. |
| 11/30/93 | Catalyst system changed to Sumitomo technology. High activity version of HGX-030-01. See QA files for previous revision history and specification changes for HAC conversions. |

| All Approval Votes Received and on file. | COMPANY CONFIDENTIAL |
|---|---|
| Approved: T. Kevin Ayres<br>Quality Assurance | QA File: Polypropylene |

HGX030-01



EXHIBIT 20 CPCC

**CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
(subject to Protective Orders in S.D.W.Va. MDL 2187 and 2336
- to be returned or destroyed at the conclusion of this action)**

CP-00011